**Manos v. Board of Villa Grove, No. 15-2220**
**Defendants' Motion for Summary Judgment - List of Exhibits**

| # | Exhibit |
|---|---|
| 1 | Deposition of Mary Ann Manos (Part I) |
| 2 | Deposition of Mary Ann Manos (Part II) |
| 3 | Deposition of Mary Ann Manos (Part III) |
| 4 | Deposition of Jim Clark |
| 5 | Deposition of Steve Douglas |
| 6 | Deposition of Carol Ezell |
| 7 | Deposition of Jim Kestner |
| 8 | Deposition of Cassandra Eversole-Gunter |
| 9 | Deposition of Shirley Badman |
| 10 | Deposition of Chris Mayhall |
| 11 | Deposition of Russell Leigh |
| 12 | Board of Education Policy 2:130 |
| 13 | Superintendent Job Description |
| 14 | Employment Contract |
| 15 | May 19, 2014 Contract Addendum |
| 16 | April 15, 2015 Contract Addendum |
| 17 | June 6, 2014 Meeting Notes |
| 18 | June 11, 2014 Meeing Notes |
| 19 | June 13, 2014 Meeting Notes |
| 20 | June 16, 2014 Board Summary |
| 21 | July 10, 2014 Letter to Plaintiff |
| 22 | October 6, 2014 Meeting Notes |
| 23 | December 29, 2014 Meeting Notes |
| 24 | Union-Board Meeting Notes |
| 25 | December 31, 2014 Meeting Notes |
| 26 | March 16, 2015 Meeting Notes |
| 27 | Manos-Mulligan Email |
| 28 | April 17, 2015 Meeting Notes |
| 29 | June 1, 2015 Meeting Notes |
| 30 | April 30, 2015 Budget Recap |
| 31 | April 2015 Treasurer's Report |
| 32 | May 18, 2015 Meeting Minutes |
| 33 | Amended Budget Analysis (May 18, 2015 Board Packet) |
| 34 | May 18, 2015 Baord Agenda |
| 35 | May 2015 Treasurer's Report |
| 36 | May 21, 2015 EM (Leigh / Badman) |
| 37 | October 16, 2015 Management Letter |
| 38 | June 23, 2015 Suspension Letter |

| | |
|---|---|
| 39 | Termination Hearing Transcript (with Exhibits) |
| 40 | July 14, 2015 Termination Letter |
| 41 | Pearcy Letter |
| 42 | Discrimination Complaint |
| 43 | Right to Sue Letter |
| 44 | Memorandum of Understanding |
| 45 | July 21, 2014 Budget Highlights and Assumptions |